**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6869

DARRELL HUBBARD,

Plaintiff - Appellant,

v.

GOLDSBORO POLICE DEPARTMENT; ALVINO DANIELS, (725); ERIC GOINS, Detective; BRAD E. GOODING, Officer (815); MICHELLE WARREN, Supervisor Sgt.; MICHAEL SWEET; MIKE WEST, Police Chief; WAYNE COUNTY PROSECUTOR'S OFFICE; ANDREW T. TAMER, Assistant DA; MARCUS SMITH; ANDREW NICHOLSON; LARRY GRAY, JR.,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:24-cv-00267-FL)

Submitted:  January 23, 2025                    Decided:  January 28, 2025

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darrell Hubbard, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrell Hubbard appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Hubbard's 42 U.S.C. § 1983 amended complaint under 28 U.S.C. § 1915(e)(2)(B) and denying Hubbard's motion to amend his complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Hubbard's motion to expedite and deny all other pending motions, and we affirm the district court's order. *Hubbard v. Goldsboro Police Dep't*, No. 5:24-cv-00267-FL (E.D.N.C. Aug. 22, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*